UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00130-HZ |
| v. | INFORMATION |
| ANTHONY AMOSS, | U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 13, 2021, ANTHONY AMOSS willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse, which damage exceeds $1000;

In violation of 18 U.S.C § 1361.

COUNT 2
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 20, 2021, Anthony AMOSS willfully damaged and destroyed, and attempted to damage or destroy, property leased by the United States, that is, glass windows of the Portland Field Office of Immigration Customs Enforcement, which damage exceeds $1000;

In violation of 18 U.S.C §1361.

## COUNT 3
### (Destruction of Government Property)
### (18 U.S.C. § 1361)

On or about April 1, 2021, Anthony AMOSS willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse, which damage exceeds $1000;

In violation of 18 U.S.C § 1361.In violation of 18 U.S.C §1361(a).

DATED: April 14, 2022.     SCOTT ERIK ASPHAUG
                           United States Attorney


                           */s/ Gregory R. Nyhus*
                           GREGORY R. NYHUS, OSB #913841
                           Assistant United States Attorney