**Mark Ahlemeyer, OSB #095997**
Office of the Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
mark_ahlemeyer@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00130-HZ |
|---|---|
| Plaintiff, | WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) |
| v. | |
| ANTHONY A. AMOSS, | |
| Defendant. | |

  Defendant Anthony A. Amoss, by and through his counsel of record, Mark Ahlemeyer, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

  By his signature below, defense counsel certifies that defendant has been read a copy of the Information filed in this case on April 14, 2022, and a Waiver of Indictment; that defendant knows and understands the accusations against him; and, that defendant is aware that he is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives his right to be present in open court for arraignment, the right to a reading of the Information or the stating of the substance of the charge in open court, and that defendant enters a plea of Not Guilty and requests a jury trial.

Prior to filing, defense counsel provided the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

Defendant respectfully requests that the Court accept this waiver and schedule this matter for trial.

Dated this 14th day of April 2022.

>   Respectfully submitted,
>
>   */s/Mark Ahlemeyer*
>   Mark Ahlemeyer
>   Attorney for Defendant

---

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and a Not Guilty plea is entered on behalf of defendant.

DATED this _____ day of April, 2022.

>   _____
>   UNITED STATES MAGISTRATE JUDGE