AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:22-cr-00130-HZ |
| Anthony A. Amoss | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/14/2022

/s/ Anthony Amoss
*Defendant's signature*

*Signature of defendant's attorney*

Mark Ahlemeyer
*Printed name of defendant's attorney*

*Judge's signature*

The Honorable Magistrate Judge Jeffrey Armistead
*Judge's printed name and title*