**Mark Ahlemeyer, OSB No. 095997**
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>                    v.<br><br>**ANTHONY AMOSS,**<br><br>           **Defendant.** | Case No. 3:22-cr-00130-HZ<br><br><br><br>**DEFENDANT'S WAIVER OF SPEEDY TRIAL** |

Defendant Anthony Amoss, through his attorney, Mark Ahlemeyer, hereby waives his right to a speedy trial for the period from the current trial date of June 14, 2022, up to and including July 8, 2022.  Mr. Amoss acknowledges his right to a speedy trial under the Speedy Trial Act and agrees that this will result in excludable delay under the Act.  The government, through Assistant United States Attorney Gregory Nyhus, does not oppose this motion.

Respectfully submitted this 9th day of June 2022.

                                         */s/ Mark Ahlemeyer*
                                         Mark Ahlemeyer
                                         Attorney for Defendant